UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIS COLTON THOMAS, Jr., | No. 2:19-cv-2442-EFB P |
| Petitioner, | |
| v. | ORDER |
| DERENDA J. MITCHELL, | |
| Respondent. | |

Petitioner is a confined to a county jail in Saline County, Kansas. He seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and his petition challenges a January 2019 conviction for indecent solicitation imposed by the Saline County Superior Court, which lies in the United States District Court for the District of Kansas. The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973). In the instant case, both petitioner's conviction and his place of incarceration occurred in an area covered by the District Court for the District of Kansas.

/////

/////

/////

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the District of Kansas. 28 U.S.C. §§ 1406(a), 2241(d).

DATED: December 9, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE